AMELIA PLOPPER, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued October 5, 1885 ; decided October 20, 1885.)

*Forbes, Brown & Tracy* for appellant.

*Louis Marshall* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., taking no part.
Judgment affirmed.

---

HENRY C. ROSENBAUM, Respondent, *v.* THE UNION PACIFIC RAILROAD COMPANY, Impleaded, etc., Appellant.

(Argued October 6, 1885 ; decided October 27, 1885.)

*Artemus H. Holmes* for appellant.

*Edward L. Andrews* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.